# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DERRICK WILSON**,

    Plaintiff,

v.                                            Case No. 20-CV-699

**FAWN SCHWANDT,** *et al.*,

    Defendants.

## ORDER

On September 24, 2020, the court screened plaintiff Derrick Wilson's amended complaint and allowed him to proceed against several defendants, including a John Doe defendant, on various Fourth and Fifth Amendment claims. (ECF No. 19.) On November 24, 2021, Wilson filed a motion identifying the John Doe defendant as Lt. Paul Bjorkquist. (ECF No. 67) Accordingly, the court **GRANTS** Wilson's motion to replace the John Doe placeholder with Lt. Paul Bjorkquist.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the amended complaint (ECF No. 20) and this order upon defendant Lt. Paul Bjorkquist pursuant to Federal Rule of Civil Procedure 4. Wilson is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived

either by the court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Wilson information on how to remit payment. The court is not involved in collection of the fee.

**IT IS ALSO ORDERED** that defendant Lt. Paul Bjorkquist shall file a pleading responsive to the complaint.

Dated in Milwaukee, Wisconsin this 3rd day of December, 2021.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge